# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA M. BITTNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil No.  16-cv-221-JPG-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM and ORDER

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, Linda Bittner, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**DATED**:  12/5/2016                                      **JUSTINE FLANAGAN**
                                                          **Acting Clerk of Court**

                                                          **BY:** *s/Tina Gray*
                                                                 **Deputy Clerk**

**APPROVED:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**